## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                          CASE NO. 10-29669 BKC LMI
RAUL H. CARCACHE                                CHAPTER 13
    Debtor
_____/

### OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor objects to the following claim filed in this case:

**Claim Number 6-1 filed by HSBC Bank Nevada, NA (Best Buy Co., Inc.).**:  Debtor objects to this claim. The claim was filed as a secured claim in the amount of $2,525.65. The collateral is being surrendered through the Chapter 13 plan. The claim should be stricken and disallowed.

The movant, or movant's counsel, <u>Joshua S. Miller, Esq</u>, acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1 must be filed with the court when the objection and notice of hearing are served.

DATED: 1/6/2011

                    /s/_____
                    Joshua S. Miller, Esq.
                    MILLER & FUNCIA, P.A.
                    9555 N. Kendall Drive Suite 211
                    Miami, FL 33176
                    Telephone 305-274-2922
                    millerfunciapa@bellsouth.net
                    FL Bar No 64191

LF-70 (rev. 06/02/08)